IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDREW GILBLOM,                         )
                                        )
                    Plaintiff           )
                                        )
        vs.                             )       Civil Action No. 08-1672
                                        )       Judge Nora Barry Fischer/
WARDEN GILLIPSIE; OFFICER COZART        )       Chief Magistrate Judge Amy Reynolds Hay
OFFICER KRAUS; GREENE COUNTY,           )
                                        )
                    Defendants          )

## ORDER

AND NOW, this 5th day of May, 2010, after the Plaintiff, Andrew Gilblom, filed a Complaint

[Doc. 1] in the above-captioned case, and a Motion for Summary Judgment [Doc. 15] was filed on

behalf of each of the Defendants, a Report and Recommendation [Doc.25] was filed by the United States

Magistrate Judge granting the parties until April 23, 2010 to file written objections thereto. Timely

objections [27] were filed by the Plaintiff. Upon independent review of the record, and upon

consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of

this Court,

        IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment [Doc.15] is

GRANTED.

                IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                        Nora Barry Fischer
                                        Nora Barry Fischer
                                        United States District Judge

cc:     Magistrate Judge Amy Reynolds Hay

        Counsel of Record via CM-ECF